# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SOFTVAULT SYSTEMS, INC.,

    Plaintiff(s),

v.

NOVELL, INC.,

    Defendant(s).

Case No: 5:12-cv-05541

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, **L. Rex Sears**, an active member in good standing of the bar of **Utah**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Novell, Inc.** in the above-entitled action. My local co-counsel in this case is **Sterling A. Brennan**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 60 East South Temple, Suite 1000<br>Salt Lake City, UT 84111 | 20 Pacifica, Suite 1130<br>Irvine, CA 92615 |
| My Telephone # of Record:<br>(801) 533-9800 | Local Co-Counsel's Telephone # of Record:<br>(949) 242-1900 |
| My Email Address of Record:<br>rsears@wnlaw.com | Local Co-Counsel's Email Address of Record:<br>sbrennan@wnlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **8548**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/23/13

                                            L. Rex Sears
                                            APPLICANT

# ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **L. Rex Sears** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 24, 2013

                                            *Lucy H. Koh*
                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE