BENEDICT O'MAHONEY (CA Bar No. 152447)
bomahoney@terralaw.com
**TERRA LAW**
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone: (408) 299-1200
Facsimile: (408) 998-4895

JONATHAN T. SUDER (*Pro Hac Vice To Be Filed*)
CORBY R. VOWELL (*Pro Hac Vice To Be Filed*)
TODD I. BLUMENFELD (*Pro Hac Vice To Be Filed*)
**FRIEDMAN, SUDER & COOKE**
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com

*Counsel for Plaintiff*
*SOFTVAULT SYSTEMS, INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVELL, INC., <br><br> Defendant. | Case No. 5:12-cv-05541-LHK <br><br> [**PROPOSED**] **ORDER GRANTING STIPULATION OF DISMISSAL OF NOVELL, INC.** <br><br> **JURY TRIAL DEMANDED** |

1

2     Recognizing the Stipulation of Dismissal filed by Plaintiff SoftVault Systems, Inc. and

3 Defendant Novell, Inc., it is

4     ORDERED that the claims and counterclaims asserted herein by Plaintiff SoftVault

5 Systems, Inc. and Defendant Novell, Inc. against each other be, and hereby are, dismissed WITH

6 PREJUDICE; and

7     ORDERED that each party shall bear its own costs and attorney's fees.

8     The Clerk shall close the file.

9

10 Signed this  3   day of       July     , 2013

11

12 *Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28